■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY R. TORRES, Appellant. [719 NYS2d 897] —Appeal by the

defendant from a judgment of the Supreme Court, Kings County (Knipel, J.), rendered May 5, 1999, convicting him of sodomy in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court did not improvidently exercise its discretion in denying the defendant's request for youthful offender treatment and imposing the maximum sentence, given the brutal and depraved nature of the crimes (*see, People v Annette,* 262 AD2d 670; *People v Granton,* 236 AD2d 624; *People v Tam Phan,* 225 AD2d 715; *People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is unpreserved for appellate review and we decline to reach it in the exercise of our interest of justice jurisdiction (*see,* CPL 470.05 [2]). O'Brien, J. P., Krausman, Florio and Luciano, JJ., concur.